UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03376-SPG-KES | Date | August 24, 2026 |
| Title | In re Cetera Financial Group Inc. Data Breach Litigation | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER GRANTING STIPULATION PURSUANT TO RULE 7.1 TO EXTEND TIME TO RESPOND TO CONSOLIDATED COMPLAINT [ECF NO. 20]**

On August 20, 2026, the parties filed a "Stipulation Pursuant to Rule 7.1 to Extend Time to Respond to Consolidated Complaint." (ECF No. 20 ("Stipulation")). The parties represent that they are discussing a potential resolution of this matter, and request the Court extend Defendant Cetera Financial Group, Inc.'s ("Defendant") deadline to respond to the Consolidated Complaint, (ECF No. 19 ("Complaint")), by thirty days, to September 30, 2026. (*Id.*).

Upon review of the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation. Defendant's deadline to respond to the Complaint is extended from August 30, 2026, to September 30, 2026.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer pg