John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

JENNIFER COLLIER, DANA GOODSON, JOSHUA WOOD, AMBER JENKINS, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CETERA FINANCIAL GROUP, INC.,

Defendant.

Case No.: 2:26-cv-03376-SPG-KES

**JOINT STATUS REPORT RE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Judge: Hon. Sherilyn Peace Garnett

Plaintiffs Jennifer Collier, Dana Goodson, Joshua Wood, and Amber Jenkins ("Plaintiffs") together with Defendant, Cetera Financial Group, Inc. ("Defendant") and pursuant to the Court's Minute Order granting the Parties' request to stay proceedings pending preliminary approval of the class settlement (ECF No. 23) jointly notify the Court that the Parties are continuing to work cooperatively to finalize the Settlement Agreement and notice procedures and respectfully request that the Court maintain the stay of

proceedings and extend the deadline for Plaintiffs to file their motion for preliminary approval of class action settlement for an additional fourteen (14) days, or on or before November 16, 2026.

Dated: November 2, 2026

Respectfully submitted,

By: */s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

*Lead Counsel for Plaintiffs and the Proposed Class*

By: Spencer Persson
Spencer Persson (SBN 235054)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Tel: (310) 820-8800
Fax: (310) 820-8859
Email: spersson@bakerlaw.com

*Attorney for Defendant*

CETERA FINANCIAL GROUP, INC.